IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**FILED**
2008 OCT 20 P 12:36
CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) ~~AND LOCAL CRIMINAL RULE 57.4~~

In Case Number __3:08-cv-643__, Case Name __Dozier Internet Law v. Riley et al__
Party Represented by Applicant: __Ronald Riley, et al. (Defendants)__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Paul Alan Levy__
Bar Identification Number __946400__ State __DC__
Firm Name __Public Citizen Litigation Group__
Firm Phone # __202-588-1000__ Direct Dial # __202-588-7725__ FAX # __202-588-7795__
E-Mail Address __plevy@citizen.org__
Office Mailing Address __1600 - 20th Street, NW, Washington, DC 20009__

Name(s) of federal court(s) in which I have been admitted __District of Columbia, E.D. Mich__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, ~~the Federal Rules of Criminal Procedure,~~ and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Thomas M. Wolf
(Typed or Printed Name)

10/20/08
(Date)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____ _____
(Judge's Signature) (Date)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOZIER INTERNET LAW, P.C., a Virginia corporation, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 3:08cv00643-HEH<br>) |
| RONALD J. RILEY, an individual; | )<br>) |
| RONALD J. RILEY, an individual t/a RONALD J. RILEY CONSULTING, an unincorporated fictitious entity, | )<br>)<br>)<br>) |
| RONALD J. RILEY, an individual t/a R & R ENTERPRISES, INC., an unincorporated fictitious entity, | )<br>)<br>)<br>) |
| RONALD J. RILEY, an individual t/a R & R ENTERPRIZES, INC., an unincorporated fictitious entity, | )<br>)<br>)<br>) |
| RONALD J. RILEY, an individual t/a RILEY CONSULTANTS, INC., an unincorporated fictitious entity, | )<br>)<br>)<br>) |
| RONALD J. RILEY, an individual t/a RILEY & ASSOCIATES, INC., a dissolved Michigan corporation, | )<br>)<br>)<br>) |
| INVENTORED, INC., a Michigan corporation, | ) |
| INVENTORED, INC., a Michigan corporation t/a CENTER FOR PATENT POLICY, | )<br>)<br>) |
| RILEY CONSULTING CORPORATION, a Michigan corporation, | )<br>)<br>) |

| | |
|---|---|
| RILEY ENTERPRISES, LTD., a Michigan corporation, | ) ) ) |
| THE ALLIANCE FOR AMERICAN INNOVATION, LLC, a Michigan corporation, and | ) ) ) ) ) |
| THE ALLIANCE FOR AMERICAN INNOVATION, LLC, a Michigan corporation t/a PROFESSIONAL INVENTORS ALLIANCE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2008, I will mail the document by U.S. Mail to the following non-filing user:

John W. Dozier, Jr., Esq.
Dozier Internet Law, P.C.
11520 Nuckols Road, Suite 101
Glen Allen, Virginia 23059

_____
Thomas M. Wolf, Esq.
Virginia State Bar Number 18234
Attorney for Defendants
LeClair Ryan
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
Telephone: 804-916-7143
Facsimile: 804-916-7243
thomas.Wolf@leclairryan.com

Paul Alan Levy, Esq.
DC Bar Number 946400
Attorneys for Defendants
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009-1001
Telephone:    202-588-7725
Facsimile:    202-588-7795
plevy@citizen.org