IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) ~~AND LOCAL CRIMINAL RULE 57.4~~

In Case Number **3:08-cv-643**, Case Name **Dozier Internet Law v. Riley et al**
Party Represented by Applicant: **Ronald Riley et al. (Defendants)**

2008 OCT 20 P 12: 36
CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Paul Alan Levy**
Bar Identification Number **946400**   State **DC**
Firm Name **Public Citizen Litigation Group**
Firm Phone # **202-588-1000**   Direct Dial # **202-588-7725**   FAX # **202-588-7795**
E-Mail Address **plevy@citizen.org**
Office Mailing Address **1600 - 20th Street, NW, Washington, DC 20009**

Name(s) of federal court(s) in which I have been admitted **District of Columbia, E.D. Mich**

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, ~~the Federal Rules of Criminal Procedure~~, and the Federal Rules of Evidence is current.

I am ____ am not **x** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Thomas M. Wolf
(Typed or Printed Name)

10/20/08
(Date)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

FILED
OCT 23 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

/s/
Henry E. Hudson
United States District Judge

Oct. 22, 2008
(Date)