# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| DOZIER INTERNET LAW, P.C., a Virginia corporation, ) ) ) Plaintiff, ) ) v. ) ) RONALD J. RILEY, et al., ) ) ) Defendants. ) | CIVIL NO. 3:08cv0643 (HEH) **DOZIER INTERNET LAW, P.C.'S MOTION TO REMAND THE CASE PURSUANT TO 28 U.S.C. § 1447(c) AND FED R. CIV. P. 12(b)(1)** |

COMES NOW **DOZIER INTERNET LAW, P.C.,** a professional corporation organized under the laws of Virginia, by counsel, pursuant to 28 U.S.C. § 1447(c) and Fed. R. Civ. P. 12(b)(1), and respectfully moves this Court to remand the case to state court as this Court lacks subject matter jurisdiction for the reasons set forth in its Memorandum in Support.

Respectfully submitted,

Date: October 29, 2008                **DOZIER INTERNET LAW, P.C.**

By:  /s/ Donald E. Morris_____ \_

John W. Dozier, Jr., Esq. (VSB # 20559)
Email: jwd@cybertriallawyer.com
Donald E. Morris, Esq. (VSB # 72410)
Email: don@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
11520 Nuckols Road
Suite 101
Glen Allen, VA 23059
Phone (804) 346-9770
Fax (804) 346-0800

*Counsel for Dozier Internet Law, P.C.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Thomas Wolf, Esq.
>LeClair Ryan
>Riverfront Plaza, East Tower
>951 East Byrd Street, Eighth Floor
>Richmond, Virginia 23219
>Telephone (804) 916-7143
>Email: Thomas.Wolf@leclairryan.com
>
>Paul Alan Levy, Esq.
>PUBLIC CITIZEN LITIGATION GROUP
>1600 – 20th Street, N.W.
>Washington, D.C. 20009
>(202) 588-1000
>Email: plevy@citizen.org
>
>*Counsel for Defendants*

>/s/ Donald E. Morris
>
>Donald E. Morris, Esq. (VSB # 72410)
>Email: don@cybertriallawyer.com
>DOZIER INTERNET LAW, P.C.
>11520 Nuckols Road
>Suite 101
>Glen Allen, VA 23059
>Phone (804) 346-9770
>Fax (804) 346-0800
>
>*Counsel for Dozier Internet Law, P.C.*