**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| DOZIER INTERNET LAW, P.C., a Virginia corporation, ) ) ) | |
| Plaintiff, ) ) | CIVIL NO. 3:08cv0643 (HEH) |
| v. ) ) | **DOZIER INTERNET LAW, P.C.'S DISCLOSURE STATEMENT** |
| RONALD J. RILEY, et al., ) ) ) | **PURSUANT TO FED. R. Civ. P. 7.1** |
| Defendants. ) | |

**DOZIER INTERNET LAW, P.C.** (hereinafter referred to as **"DIL"**), certifies that it is a professional corporation organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business in Glen Allen, Virginia. DIL submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and E.D.Va. Local Rule 7.1, for the use of the judges of this Court:

    1. DIL is not a publicly-held corporation or other publicly-held entity;

    2. DIL does not have any parent corporation;

    3. No publicly-held corporation owns 10 percent or more of DIL's stock; and

    4. John W. Dozier, Jr., is the sole shareholder of DIL.

Dated: October 29, 2008

    Glen Allen, Virginia        Respectfully submitted:


**DOZIER INTERNET LAW, P.C.**


By:  <u>/s/ Donald E. Morris</u>

John W. Dozier, Jr., Esq. (VSB # 20559)
Email: jwd@cybertriallawyer.com
Donald E. Morris, Esq. (VSB # 72410)
Email: don@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
11520 Nuckols Road
Suite 101
Glen Allen, VA 23059
Phone (804) 346-9770
Fax (804) 346-0800


*Counsel for Dozier Internet Law, P.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Thomas Wolf, Esq.
    LeClair Ryan
    Riverfront Plaza, East Tower
    951 East Byrd Street, Eighth Floor
    Richmond, Virginia 23219
    Telephone (804) 916-7143
    Email: Thomas.Wolf@leclairryan.com

    Paul Alan Levy, Esq.
    PUBLIC CITIZEN LITIGATION GROUP
    1600 – 20th Street, N.W.
    Washington, D.C. 20009
    (202) 588-1000
    Email: plevy@citizen.org

    *Counsel for Defendants*

    /s/ Donald E. Morris

    Donald E. Morris, Esq. (VSB # 72410)
    Email: don@cybertriallawyer.com
    DOZIER INTERNET LAW, P.C.
    11520 Nuckols Road
    Suite 101
    Glen Allen, VA 23059
    Phone (804) 346-9770
    Fax (804) 346-0800

    *Counsel for Dozier Internet Law, P.C.*