UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DOZIER INTERNET LAW, P.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:08-cv-00643-HEH |
| | ) |
| RONALD J. RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the corporate defendants in this case certifies that there are no parents, trusts, subsidiaries and/or affiliates of those parties that have issued shares or debt securities to the public.

Respectfully submitted,

/s/
Thomas M. Wolf, Esq.
Virginia State Bar Number 18234
Attorney for Defendants
LeClair Ryan
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
Telephone:    804-916-7143
Facsimile:    804-916-7243
Thomas.Wolf@leclairryan.com

Paul Alan Levy, Esq.
DC Bar Number 946400
Gregory Beck, Esq.
DC Bar Number 494479
Attorney for Defendants
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009-1001

Telephone: 202-588-7725  
Facsimile: 202-588-7795  
plevy@citizen.org

November 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following::

>Donald E. Morris, Esq.
>Dozier Internet Law, P.C.
>11520 Nuckols Road, Suite 101
>Glen Allen, Virginia 23059
>Telephone: 804-346-9770
>Facsimile:  804-346-0800
>Email: don@cybertriallawyer.com

>             /s/
>Thomas M. Wolf, Esq.
>Virginia State Bar Number 18234
>Attorney for Defendants
>LeClair Ryan
>951 East Byrd Street, 8th Floor
>Richmond, Virginia 23219
>Telephone:    804-916-7143
>Facsimile:    804-916-7243
>Thomas.Wolf@leclairryan.com

>Paul Alan Levy, Esq.
>DC Bar Number 946400
>Gregory Beck, Esq.
>DC Bar Number 494479
>Attorney for Defendants
>Public Citizen Litigation Group
>1600 20th Street, N.W.
>Washington, DC 20009-1001
>Telephone:    202-588-7725
>Facsimile:    202-588-7795
>plevy@citizen.org
>gbeck@citizen.org