UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DOZIER INTERNET LAW, P.C.,           )
                                     )
            Plaintiff,               )
                                     )
    v.                               )   No. 3:08-cv-00643-HEH
                                     )
RONALD J. RILEY, *et al.*,           )
                                     )
            Defendants.              )

# MOTION TO STRIKE IMPERTINENT AND SCANDALOUS "BACKGROUND INFORMATION" ALLEGATIONS

Pursuant to Rules 8(d)(1), 10(b), and 12(f) of the Federal Rules of Civil Procedure, and without waiving lack of personal jurisdiction and venue and failure to serve any of the defendants, defendants move to strike paragraphs 17 through 21 of the complaint as immaterial, impertinent and scandalous, as well as for failure to plead simply, concisely and directly in numbered paragraphs each confined to a single set of circumstances.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Thomas M. Wolf, Esq.
                                        Virginia State Bar Number 18234
                                        Attorney for Defendants
                                        LeClair Ryan
                                        951 East Byrd Street, 8th Floor
                                        Richmond, Virginia 23219
                                        Telephone:   804-916-7143
                                        Facsimile:   804-916-7243
                                        Thomas.Wolf@leclairryan.com

                                        Paul Alan Levy, Esq.
                                        DC Bar Number 946400
                                        Gregory Beck, Esq.
                                        DC Bar Number 494479

Attorney for Defendants
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009-1001
Telephone: 202-588-7725
Facsimile: 202-588-7795
plevy@citizen.org

November 13, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following::

        Donald E. Morris, Esq.
        Dozier Internet Law, P.C.
        11520 Nuckols Road, Suite 101
        Glen Allen, Virginia 23059
        Telephone: 804-346-9770
        Facsimile: 804-346-0800
        Email: don@cybertriallawyer.com

        _____/s/_____
        Thomas M. Wolf, Esq.
        Virginia State Bar Number 18234
        Attorney for Defendants
        LeClair Ryan
        951 East Byrd Street, 8th Floor
        Richmond, Virginia 23219
        Telephone:    804-916-7143
        Facsimile:    804-916-7243
        Thomas.Wolf@leclairryan.com

        Paul Alan Levy, Esq.
        DC Bar Number 946400
        Gregory Beck, Esq.
        DC Bar Number 494479
        Attorney for Defendants
        Public Citizen Litigation Group
        1600 20th Street, N.W.
        Washington, DC 20009-1001
        Telephone:    202-588-7725
        Facsimile:    202-588-7795
        plevy@citizen.org
        gbeck@citizen.org