**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| DOZIER INTERNET LAW, P.C., a Virginia corporation, ) ) ) Plaintiff, ) ) v. ) ) RONALD J. RILEY, et al., ) ) ) Defendants. ) | CIVIL NO. 3:08cv0643 (HEH) **DOZIER INTERNET LAW, P.C.'S MOTION FOR ATTORNEYS' FEES PURSUANT TO FED. R. CIV. P. 54 AND 28 U.S.C. § 1447(c)** |

COMES NOW **DOZIER INTERNET LAW, P.C.**, a professional corporation organized and existing under the laws of the Commonwealth of Virginia, by counsel, pursuant to Fed. R. Civ. P. 54 and 28 U.S.C. § 1447(c), and respectfully moves this Court for an award of attorneys' fees for the reasons set forth in its Memorandum in Support.

Dated: December 4, 2008            Respectfully submitted:

**DOZIER INTERNET LAW, P.C.**

By:  /s/ Donald E. Morris
John W. Dozier, Jr., Esq. (VSB # 20559)
Email: jwd@cybertriallawyer.com
Donald E. Morris, Esq. (VSB # 72410)
Email: don@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
11520 Nuckols Road
Suite 101
Glen Allen, VA 23059
Phone (804) 346-9770
Fax (804) 346-0800

*Counsel for Dozier Internet Law, P.C.*

1

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Thomas Wolf, Esq.
    LeClair Ryan
    Riverfront Plaza, East Tower
    951 East Byrd Street, Eighth Floor
    Richmond, Virginia 23219
    Telephone (804) 916-7143
    Email: Thomas.Wolf@leclairryan.com

    Paul Alan Levy, Esq.
    PUBLIC CITIZEN LITIGATION GROUP
    1600 – 20th Street, N.W.
    Washington, D.C. 20009
    (202) 588-1000
    Email: plevy@citizen.org

    *Counsel for Defendants*

    /s/ Donald E. Morris
    Donald E. Morris, Esq. (VSB # 72410)
    Email: don@cybertriallawyer.com
    DOZIER INTERNET LAW, P.C.
    11520 Nuckols Road
    Suite 101
    Glen Allen, VA 23059
    Phone (804) 346-9770
    Fax (804) 346-0800

    *Counsel for Dozier Internet Law, P.C.*