IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOZIER INTERNET LAW, P.C., )
)
Plaintiff, )
)
v. )    Civil Action No. 3:08CV643-HEH
)
RONALD J. RILEY, et al., )
)
Defendants. )

## ORDER
### (Denying Plaintiff's Motion for Attorney's Fees)

THIS MATTER is before the Court on Plaintiff's Motion for Attorney's Fees (Dk.

No. 18), filed on December 4, 2008. Once a federal court enters an order remanding a

case to state court, it is "divested . . . of all jurisdiction . . . and precluded from

entertaining any further proceedings of any character." *Three J Farms, Inc. v. Alton Box*

*Bd. Co.*, 609 F.2d 112, 115 (4th Cir. 1979). Accordingly, the Motion for Attorney's Fees

is DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____ /s/
Henry E. Hudson
United States District Judge

Date: Dec. 5, 2008
Richmond, VA